# In the United States Court of Federal Claims

Case No. 05-822C
(Filed: September 27, 2005)

*****************************************************
BURNEY VILLA APARTMENTS, *
a Limited Partnership, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
*****************************************************

**ORDER**

In accordance with the parties' **Joint Motion for a Stay of Proceedings** filed September 23, 2005, **this case is stayed until 14 days after the conclusion of ADR proceedings**.

**Parties shall file a Joint Status Report every 60 days, starting November 1, 2005, or 14 days after ADR is concluded.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge